IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AVA HEDLUND, a minor, by and through her parent and natural guardian, SARAH SCOTT and SARAH SCOTT, in her own right,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CALLAWAY GARDENS RESORT, INC and IDA CASON CALLAWAY FOUNDATION,<br>　　　　　Defendants. | CIVIL ACTION<br>No. 18-2980 |

## **ORDER**

This 11th day of December, 2018, upon consideration of Defendants' Motion to Dismiss (ECF No. 12), Plaintiffs' response (ECF No. 13), and Defendants' Reply (ECF No. 14), it is hereby **ORDERED** that Defendants' Motion is **DENIED.** It is further **ORDERED** that this matter is **TRANSFERRED** to the United States District Court for the Middle District of Georgia.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　United States District Judge